JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVINE VALLEY AIR CONDITIONING, INC., a California Corporation, | Case No. SACV08-00907 JVS (MLGx) |
| Plaintiff, | **ORDER** |
| v. | |
| ELECTRONIC ENVIRONMENTS CORPORATION, et al., Defendants. | |

Based on the parties' Stipulation Regarding Dismissal of the Action, the case is hereby dismissed with prejudice.

Dated:  March 11, 2009

_____

James V. Selna
United States District Judge